(Name) Jackie Dean Ojeda

(Address) 4B-2C-103L Shu P.O. Box 1906.

(City, State, Zip) TEHACHAPI, CA 93581

(CDC Inmate No.) P-76824

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
CONSENT TO
Court ✓ Prefs

FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

# United States District Court
## Southern District of California

Jackie Dean Ojeda ,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Micheal Robinson ,
E. GARCIA ,
,
,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 1554 W PCL
Civil Case No. ___________
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, JACkie Dean Ojeda (print Plaintiff's name), who presently resides at California Correctional ~~Institution~~ INSTitution. P.O. Box 1906. Tehachapi. CA 93581 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 1200 Highland Ave National City. CA (institution/place where violation occurred) on (dates) 11/13/05 (Count 1), ________ (Count 2), and ________ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant [illegible] resides in San Diego,
(name) (County of residence)
and is employed as a Loss Prevention officer. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Racesists Descremenation Retaliation

Defendant Micheal Robinson resides in SAN Diego,
(name) (County of residence)
and is employed as a Wallmart Loss Prevention officer. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Racesists, Descremanative, Retailiative. Set me up to be framed.

Defendant E. GARCIA resides in SAN Diego,
(name) (County of residence)
and is employed as a Wall mart Store Greeter. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Racesists, Descremenative, Retailiative. Set me up. to be framed.

Defendant resides in ,
(name) (County of residence)
and is employed as a . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.) People V. Keefer (1972) 35 Cal. APP. 156 (110 Cal. RpTr. 596).

Count 1: The following civil right has been violated: Legal SEARCH And presiezure. Penal Code § 12021; See also Penal Code § 12021.1. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] On 11/13/03 at APProximately 4130 Pm I was SEArched And release by A WAll mart Greeter from WAll mart store due to Alarm Setting off from the items in my BAG I had. I was SEArched And Checked before Exiting the Via front doors. And was released. As I was Just Exiting the 2nd Pair of Via front doors I was stoped by A (LPO) Loss Prevention officer who had Assumed I had their Store merchiadice in the BAG I had; which was correct. I was Escorted into the store with restraints on And Placed in A small office. were the Store Employees Are at. And my BAG was searched By (2) other Wall MART Employees ms. Gill And the Manager. And the merchindice was recovered And Placed on the counter where it was Loged And dated by the Loss Prevention officer micheal RoBINSON. how ever. because I was released by the Store GReeter ms. E. GARCiA After my BAG was searched it reveals that I never deprived this store Greeter my from SEArching my Property. And becouse it Shows she did stope me before I had exited the Via front doors. it shows that she set me up due to the info rmation on her Narcitive report from micheal Robinson dated 11/13/03. I was framed because I felt that she had goven me the merchindice and then released me. then I got Arrested. for the same merchinedice. I had requested for ms. E. GArcia to be there AS A witness that she checked my BAG And released me. how ever. there was no physical Evidence's Broughten into COURT for A Conviction Just A Altered Viedo TAPE 37 seconds Long. that Shows NO clearence's of An item on TAPE. there was A Polariod Picture used AS A Exhibit A. or b. c? But it wasn't the Photo taken by the (LPO) micheal Robinson because this LPO had claimed he used A Digitol Camera for all evidence's And None was Discovered at Preliminary or at Trial COURT. I was convicted on hear say Evidences by the Jury Trial.

Count 2: The following civil right has been violated: Constitutional Right

(E.g., right to medical care, access to courts,

35. People V. People V. Burgener (1986) 41 CAC. 3d 505 (224 Cal. Rptr. 112,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.] A Parole Condition which infringes on a Constitution right may Also be held invalid if the condition is not ~~outweigh the infringement and less restrictive alternatives might~~ reasonably related to a legitimate purpose, the Public value of the ~~condition~~ CONDITION does not out weigh the infringement, and less, restrictive alternatives might serve the Same Purpose Conditions Also may be invalid if they are excessive or Extreme or if they are So Vague that they cannot be understood and followed.

Count 3: The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.] Freedom from cruel and unusual Punishment (Ect) when the ~~Wal~~ all mart Greeter Employee SEArched the Property in the Bag And released me.

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Jackie Dean Ojeda
Defendants: Micheal Robinson, E. Garcia
(b) Name of the court and docket number: ______________________

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________________

(d) Issues raised:
1) Violation of Constitutional Right.
2) Elegal Search And Preseizure
3) No Parole violation on case for A Conviction.

(e) Approximate date case was filed: ______________________.
(f) Approximate date of disposition: ______________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. the 602 had never returned for further Processing.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief: to have case over turned.

1. An injunction preventing defendant(s):

2. Damages in the sum of $ 100,0000.00 .

3. Punitive damages in the sum of $ 200,0000.00 .

4. Other:

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

08/12/08
Date

Jackie Dean Geda
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILING FEE PAID Yes No
IFP MOTION FILED Yes No
CONSENT TO Court

**I (a) PLAINTIFFS**

**Jackie Dean Ojeda**

**DEFENDANTS**

**Robinson, et al.**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Jackie Dean Ojeda**
**PO Box 1906**
**Tehachapi, CA 93581**
**P-76824**

**ATTORNEYS (IF KNOWN)**

'08 CV 1554 W PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 8/21/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Mulley